UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-11408DPW

VICTORIA C. PATTISON )
    Plaintiff )
)
v. )
)
THE HERTZ CORPORATION WELFARE )
PLAN, ET AL., )
    Defendants )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the defendants The Hertz Corporation Welfare Plan, The Hertz Corporation, and Metropolitan Life Insurance Company in the above-captioned matter.

DEFENDANTS,
By their attorneys,

_/s/ James F. K_
James F. Kavanaugh, Jr. BBO#262360
CONN KAVANAUGH ROSENTHAL PEISCH
  & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

DATED: July 15, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 7/15/04.
_/s/ James F. K_