UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11408DPW

| | |
|---|---|
| VICTORIA C. PATTISON,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| THE HERTZ CORPORATION WELFARE<br>PLAN, THE HERTZ CORPORATION,<br>AND, METROPOLITAN LIFE<br>INSURANCE COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The defendants, The Hertz Corporation Welfare Plan, the Hertz Corporation, and Metropolitan Life Insurance Company respectfully move this Court for an extension of time to answer or otherwise respond to plaintiff's Complaint up to and including September 8, 2004. In support of this motion, the defendants state as follows.

(1)    The Answer currently is due August 23, 2004. This is the defendants' first request for an extension.

(2)    The defendants' attorneys are currently investigating and reviewing the files for this matter. Until such documents are reviewed, the defendants will not be in a position to respond fully to plaintiff's Complaint.

(3)    Counsel for the plaintiff, Victoria Pattison, assents to this motion.

WHEREFORE, the defendants, The Hertz Corporation Welfare Plan, the Hertz Corporation, and Metropolitan Life Insurance Company respectfully request this Court for an extension of time to answer or otherwise respond to the Complaint up to and including September 8, 2004.

THE HERTZ CORPORATION WELFARE PLAN, THE HERTZ CORPORATION, AND METROPOLITAN LIFE INSURANCE COMPANY,
By their attorneys,

*/s/ Constance M. McGrane*
James F. Kavanaugh, Jr. BBO # 262360
Constance M. McGrane BBO #546745
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

ASSENTED TO:
VICTORIA C. PATTISON
By her attorney,

*/s/ Mala M. Rafik by CMM per MMR 8/19/04*
Mala M. Rafik, Esq. BBO # 638075
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 410
Boston, MA 02108
617-723-7470

Dated: August 19, 2004

207880.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 8/19/04

*/s/ Constance M. McGrane*