UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11408DPW

VICTORIA C. PATTISON, )
    Plaintiff, )
     )
v. )
     )
THE HERTZ CORPORATION WELFARE )
PLAN, THE HERTZ CORPORATION, )
AND, METROPOLITAN LIFE )
INSURANCE COMPANY, )
    Defendants. )

## ASSENTED-TO MOTION FOR SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The defendants, The Hertz Corporation Welfare Plan, the Hertz Corporation, and Metropolitan Life Insurance Company respectfully move this Court for an extension of time to answer or otherwise respond to plaintiff's Complaint up to and including September 29, 2004. In support of this motion, the defendants state as follows.

(1)    The Answer currently is due September 8, 2004.

(2)    The defendants' attorneys are investigating and reviewing the files for this matter. Until such documents are reviewed, the defendants will not be in a position to respond fully to plaintiff's Complaint.

(3)    Counsel for the plaintiff, Victoria Pattison, assents to this motion.

WHEREFORE, the defendants, The Hertz Corporation Welfare Plan, the Hertz Corporation, and Metropolitan Life Insurance Company respectfully request this Court for an

extension of time to answer or otherwise respond to the Complaint up to and including

September 29, 2004.

                           THE HERTZ CORPORATION WELFARE PLAN, THE
                           HERTZ CORPORATION, AND METROPOLITAN LIFE
                           INSURANCE COMPANY,
                           By their attorneys,

                           /s/ Constance M. McGrane
                           James F. Kavanaugh, Jr. BBO # 262360
                           Constance M. McGrane BBO #546745
                           CONN KAVANAUGH ROSENTHAL
                            PEISCH & FORD, LLP
                           Ten Post Office Square
                           Boston, MA 02109
                           617-482-8200

ASSENTED TO:
VICTORIA C. PATTISON
By her attorney,

/s/ Mala M. Rafik per JFK 9/7/04
Mala M. Rafik, Esq. BBO # 638075
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 410
Boston, MA 02108
617-723-7470

Dated: September 7, 2004

209049.1

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 9/7/04
/s/ Constance M. McGrane