UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| VICTORIA C. PATTISON, | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 04-11408DPW |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| THE HERTZ CORPORATION WELFARE | ) |  |
| PLAN, THE HERTZ CORPORATION, | ) |  |
| AND, METROPOLITAN LIFE | ) |  |
| INSURANCE COMPANY, | ) |  |
| Defendants. | ) |  |

## ASSENTED-TO MOTION FOR THIRD EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The defendants, The Hertz Corporation Welfare Plan, the Hertz Corporation, and Metropolitan Life Insurance Company respectfully move this Court for an extension of time to answer or otherwise respond to plaintiff's Complaint up to and including October 6, 2004. In support of this motion, the defendants state as follows.

(1) The Answer currently is due September 29, 2004.

(2) The defendants' attorneys are investigating and reviewing the files for this matter. Until such documents are reviewed, the defendants will not be in a position to respond fully to plaintiff's Complaint.

(3) Counsel for the plaintiff, Victoria Pattison, assents to this motion.

WHEREFORE, the defendants, The Hertz Corporation Welfare Plan, the Hertz Corporation, and Metropolitan Life Insurance Company respectfully request this Court for an

extension of time to answer or otherwise respond to the Complaint up to and including October 6, 2004.

        THE HERTZ CORPORATION WELFARE PLAN, THE HERTZ CORPORATION, AND METROPOLITAN LIFE INSURANCE COMPANY,
By their attorneys,

*Constance M. McGrane* (signature)

James F. Kavanaugh, Jr. BBO # 262360
Constance M. McGrane BBO #546745
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200


ASSENTED TO:
VICTORIA C. PATTISON
By her attorney,

*Mala M. Rafik by CMM per 9/24/04 T.C.* (signature)

Mala M. Rafik, Esq. BBO # 638075
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 410
Boston, MA 02108
617-723-7470


Dated: September 24, 2004

210391.1

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 9/24/04.

*Constance M. McGrane* (signature)

## CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP

COUNSELORS AT LAW

| | |
|---|---|
| THOMAS E. PEISCH | |
| BOB B. ROSENTHAL | KURT B. FLIEGAUF |
| JAMES F. KAVANAUGH, JR. | RONALD M. JACOBS |
| RUSSELL F. CONN | CAROL A. STARKEY |
| GEORGE M. FORD | JENNIFER M. NORTON |
| JAMES B. PELOQUIN | JAY P. SYMONDS |
| BARRY E. GOLD | SARA L. GOODMAN |
| THOMAS J. GALLITANO | MICHAEL R. BERNARDO |
| CHRISTOPHER J. PETRINI | CARA A. FAUCI |
| JAMES GRAY WAGNER | JOHANNA L. MATLOFF |
| ERIN K. HIGGINS | AMY C. STEWART |
| STEVEN E. GURDIN | BETH A. NUZZO |
| MICHAEL T. SULLIVAN | |
| CONSTANCE M. MCGRANE | |

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200
Fax: (617) 482-6444

E-MAIL: CMCGRANE@CKRPF.COM

FILED
IN CLERKS OFFICE

2004 SEP 24  P 4: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

September 24, 2004

**BY HAND**

Clerk of Courts
U.S. District Court for the
 District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

RE:   Victoria C. Pattison v. The Hertz Corporation Welfare Plan, et al.
         Civil Action No. 04-11408DPW

Dear Sir/Madam:

Enclosed for filing please find the following document:

• Assented-To Motion for Third Extension of Time to Answer or Otherwise Respond to Complaint.

Please indicate your receipt of the above by date stamping the enclosed acknowledgment card and returning the same to me.

Thank you.

Very truly yours,

*Constance M. McGrane*

Constance M. McGrane

CMM/mjp/5182-027
Enclosures
cc:   Mala M. Rafik, Esq.
         Daniel J. Blake, Esq.
         James F. Kavanaugh, Jr., Esq.
207894.1