UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VICTORIA C. PATTISON,<br><br>*Plaintiff,*<br><br>v.<br><br>THE HERTZ CORPORATION WELFARE PLAN, THE HERTZ CORPORATION, AND METROPOLITAN LIFE INSURANCE COMPANY,<br><br>*Defendants..* | Civil Action No. 04-11408-DPW |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Barry A. Guryan hereby enters his appearance as counsel for Defendants, the Hertz Corporation and the Hertz Corporation Welfare Plan, in the above-captioned matter.

Respectfully submitted,

/s/: Barry A. Guryan
Barry A. Guryan, BBO# 214920
EPSTEIN BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, Massachusetts 02199-7610
(617) 342-4000

Dated: October 4, 2004

BO:130646v1