UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VICTORIA C. PATTISON, <br><br> *Plaintiff,* <br><br> v. <br><br> THE HERTZ CORPORATION WELFARE PLAN, THE HERTZ CORPORATION, AND METROPOLITAN LIFE INSURANCE COMPANY, <br><br> *Defendants..* | Civil Action No. 04-11408-DPW |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel J. Blake hereby enters his appearance as counsel for Defendants, the Hertz Corporation and the Hertz Corporation Welfare Plan, in the above-captioned matter.

Respectfully submitted,

/s/: Daniel J. Blake
Daniel J. Blake, BBO# 552922
EPSTEIN BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: October 4, 2004

BO:130647v1