## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

VICTORIA C. PATTISON,

      Plaintiff,

v.

THE HERTZ CORPORATION WELFARE
PLAN, THE HERTZ CORPORATION,
AND METROPOLITAN LIFE
INSURANCE COMPANY,

      Defendants.

Civil Action No.: 04-11408DPW

### STIPULATION OF DISMISSAL FOR THE HERTZ CORPORATION

IT IS HEREBY STIPULATED by and between the Plaintiff, Victoria Pattison, through her counsel, and Defendants Hertz Corporation Welfare Benefit Plan ("Plan"), The Hertz Corporation ("Hertz") and Metropolitan Life Insurance Company ("MetLife"), through their counsel, that Hertz need not appear in this matter as: 1/ the Plan in question is funded by a group insurance policy issued by MetLife to Hertz; and 2/ Hertz was not involved in the decision to terminate Plaintiff's benefits. As such, the parties stipulate that Hertz is hereby dismissed from this action, without prejudice to Plaintiff's moving to amend the complaint to add Hertz as a defendant should an issue arise as to the following: 1/ Hertz Corporation's involvement in the decision to terminate Plaintiff's benefits; and/or 2/ Hertz Corporation's financial involvement in the funding of the Plan.

Respectfully submitted,

VICTORIA C. PATTISON
By her attorney,


/s/ Mala M. Rafik_____
Mala M. Rafik (BBO No. 638075)
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 410
Boston, MA  02108
(617) 723-7470


METROPOLITAN LIFE INSURANCE
COMPANY OF AMERICA,
By its attorneys,


/s/ Constance M. McGrane (MMR)_____
James F. Kavanaugh, Jr. (BBO No. 262360)
Constance M. McGrane (BBO No. 546745)
CONN KAVANUGH ROSENTHAL PEISCH &
FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200


THE HERTZ CORPORATION AND THE HERTZ
CORPORATION WELFARE PLAN,
By its attorney,


/s/ Daniel J. Blake (MMR)_____
Daniel J. Blake (BBO No. 552922)
EPSTEIN, BECKER & GREEN, PC
111 Huntington Avenue
26th Floor
Boston, Massachusetts 02199
(617) 342-4000