UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTORIA C. PATTISON,<br><br>   Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION WELFARE PLAN, THE HERTZ CORPORATION, AND METROPOLITAN LIFE INSURANCE COMPANY,<br><br>   Defendants. | Civil Action No.: 04-11408DPW |

### ASSENTED-TO MOTION TO POSTPONE SCHEDULING CONFERENCE

The Plaintiff, Victoria Pattison hereby moves this Court, with the assent of the Defendants The Hertz Corporation Welfare Benefit Plan ("Plan") and Metropolitan Life Insurance Company ("MetLife"), to postpone the Scheduling Conference originally scheduled for November 30, 2004, to either November 29, 2004 or December 3, 2004.   As grounds for this Motion, Plaintiff's counsel states as follows:

1)   Plaintiff's counsel is involved in a previously-scheduled mediation on November 30, 2004, which involves eight individuals; and

2)   The Defendants assent to this motion.

WHEREFORE, the Plaintiff respectfully requests that this Motion be granted.

Date:  October 20, 2004					Respectfully submitted,

							VICTORIA C. PATTISON
							By her attorney,


							/s/ Mala M. Rafik
							Mala M. Rafik (BBO No. 638075)
							ROSENFELD & RAFIK, P.C.
							44 School Street, Suite 410
							Boston, MA  02108
							(617) 723-7470


Assented-to By:

METROPOLITAN LIFE INSURANCE
COMPANY OF AMERICA,
By its attorneys,


/s/ Constance M. McGrane (MMR)
James F. Kavanaugh, Jr. (BBO No. 262360)
Constance M. McGrane (BBO No. 546745)
CONN KAVANUGH ROSENTHAL PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200



THE HERTZ CORPORATION WELFARE PLAN,
By its attorney,


/s/ Daniel J. Blake (MMR)
Daniel J. Blake (BBO No. 552922)
EPSTEIN, BECKER & GREEN, PC
111 Huntington Avenue
26th Floor
Boston, Massachusetts 02199
(617) 342-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 20TH day of October, one copy of the enclosed document was mailed first class, postage prepaid, to counsel for the Defendants, Constance M. McGrane and Daniel J. Blake.

/s/ Mala. M. Rafik
Mala M. Rafik, Esq.