UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VICTORIA C. PATTISON,<br><br>*Plaintiff,*<br><br>v.<br><br>THE HERTZ CORPORATION WELFARE PLAN, THE HERTZ CORPORATION, AND METROPOLITAN LIFE INSURANCE COMPANY,<br><br>*Defendants.* | Civil Action No. 04-11408-DPW |

**THE HERTZ CORPORATION WELFARE PLAN'S RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that they have discussed (a) a budget for the costs of conducting this litigation and (b) resolving this litigation through alternative dispute resolution.

THE HERTZ CORPORATION WELFARE PLAN

By: /s/: Louis R. Franzese
Louis R. Franzese, Corporate Counsel

By its attorney,

/s/: Daniel J. Blake
Daniel J. Blake (BBO #552922)
EPSTEIN, BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: December 3, 2004

BO:138178v1