UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTORIA C. PATTISON,<br><br>    Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION WELFARE PLAN & METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendants. | Civil Action No.: 04-11408DPW |

JOINT STATEMENT REGARDING PRETRIAL MATTERS

Pursuant to Local Rule 16.1, the Defendants, The Hertz Corporation Welfare Benefit Plan ("Plan") and Metropolitan Life Insurance Company ("MetLife") and the Plaintiff, Victoria Pattison, hereby file this Joint Statement Regarding Pretrial Matters.

1.  Proposed Discovery Plan and Schedule for Motions

    The parties propose the schedule set forth below for consideration by the Court. The parties do not wish to conduct phased discovery.

a.  Motions to join additional parties and to amend the pleadings must be filed by January 10, 2005.

b.  Insofar as this matter solely concerns the Court's review of a claim for benefits under ERISA, which shall be limited to the Court's review of the administrative record, the Court orders that the Defendants provide to Plaintiff on or before January 31, 2005, a copy of the Record for Judicial Review, unredacted except for privileged information and arranged in an orderly fashion, chronologically as

1

appropriate. The Defendants are not required to produce any documents or information that is protected by the attorney client privilege or constitutes work product.

c. If the Plaintiff claims that any of the record is incomplete or inaccurate in any way, she must notify the Defendants' counsel in writing of the same by February 14, 2005. If the Plaintiff does not provide such notice by February 14, 2005, then the Defendants shall file with the Court each of the documents served on Plaintiff entitled as "Agreed to Record for Judicial Review." If the Plaintiff does provide such notice, then the parties must then confer in an attempt to ascertain an Agreed To Record for Judicial Review by February 21, 2005. If the parties come to an agreement, they are to immediately file an "Agreed To Record For Judicial Review." If the parties cannot agree on the record for judicial review, then the parties shall file with the Court by February 28, 2005, a document entitled "Partial Record for Judicial Review" which contains only that portion of the record on which the parties agree. To the extent the parties disagree concerning the proper contents of the record for judicial review, the parties shall file memoranda concerning any additional material they seek to have added to the record for judicial review by March 14, 2005. Parties opposing any such motion shall file any opposition by March 28, 2005.

d. If any party proposes that it is entitled to any discovery, to constitute or supplement the record for judicial review, it must file with the Court a submission showing cause for the party's entitlement to such discovery. The Court expects a reasonable degree of particularity as to what discovery is sought and why reason

exists to expect that the product of discovery would be properly received at trial and would be material to the disposition of this civil action. Any requests for discovery must be filed by March 14, 2005. Counsel to any party not proposing discovery shall have until March 28, 2005, to file an opposition thereto.

e. If any party proposes that it is entitled to an evidentiary hearing necessary to supplement the record for judicial review, it must file with the Court a submission showing cause for its entitlement to such evidentiary hearing. The Court expects a reasonable degree of particularity as to what reason exists to expect that the product of the evidentiary hearing would be material to the disposition of this civil action. Any request for such evidentiary hearing must be filed by March 14, 2005. Counsel to any party not proposing the evidentiary hearing shall have until March 28, 2005 to file an opposition thereto.

f. Insofar as this matter involves the review of an administrative record whose content will be decided based on the methodology set forth herein, the parties are relieved on any mandatory disclosure requirements under Rule 26 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

g. Summary Judgment Motions with accompanying memoranda must be filed by the later of: 1) April 25, 2005 or 2) two months after the Court determines what constitutes the record for judicial review, as supplemented, whichever is later.

          Respectfully submitted,

          VICTORIA C. PATTISON
          By her attorney,

/s/ Mala M. Rafik
Mala M. Rafik (BBO No. 638075)
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 410
Boston, MA  02108
(617) 723-7470


METROPOLITAN LIFE INSURANCE
COMPANY OF AMERICA,
By its attorneys,


/s/ Constance M. McGrane (MMR)
James F. Kavanaugh, Jr. (BBO No. 262360)
Constance M. McGrane (BBO No. 546745)
CONN KAVANUGH ROSENTHAL
PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200


THE HERTZ CORPORATION WELFARE
PLAN,
By its attorney,


/s/ Daniel J. Blake (MMR)
Daniel J. Blake (BBO No. 552922)
EPSTEIN, BECKER & GREEN, PC
111 Huntington Avenue
26th Floor
Boston, Massachusetts 02199
(617) 342-4000

215172.1