UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VICTORIA C. PATTISON,

    Plaintiff,

v.

THE HERTZ CORPORATION WELFARE
PLAN, THE HERTZ CORPORATION,
AND METROPOLITAN LIFE
INSURANCE COMPANY,

    Defendants.

Civil Action No.: 04-11408DPW

### PLAINTIFF VICTORIA C. PATTISON'S
### LR, D. Mass. 16.1(D)(3) CERTIFICATION

In accordance with the provisions of LR, D. Mass. 16.1(D)(3), I, Victoria C. Pattison, the Plaintiff in this action and Mala M. Rafik, counsel for the Plaintiff, hereby certify that we have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses ---- of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR, D. Mass. 16.4.

Dated: November 30, 2004

*Mala Rafik*
Mala M. Rafik
BBO No. 638075
Rosenfeld & Rafik, P.C.
44 School Street, Suite 410
Boston, MA 02108
(617) 723-7470

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 12-9-04.

*Mala Rafik*

_____
Victoria C. Pattison