UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTORIA C. PATTISON,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE HERTZ CORPORATION WELFARE PLAN, THE HERTZ CORPORATION, AND METROPOLITAN LIFE INSURANCE COMPANY<br><br>    *Defendants*. | Civil Action. No. 04-11408-DPW |

### NOTICE OF LAW FIRM CHANGE AND CHANGE OF ADDRESS

    PLEASE TAKE NOTICE that effective immediately, Attorneys Barry A. Guryan and Daniel J. Blake, counsel for Defendants The Hertz Corporation and The Hertz Corporation Welfare Plan, will have an new address:

    Foley & Lardner LLP
    111 Huntington Avenue
    Boston, MA 02199
    (617) 342-4000

Respectfully Submitted,

THE HERTZ CORPORATION and THE
HERTZ CORPORATION WELFARE PLAN,

By their attorneys,

/s/: Daniel J. Blake
Barry A. Guryan, BBO #214920
Daniel J. Blake, BBO #552922
FOLEY & LARDNER LLP
111 Huntington Avenue, 26th Floor
Boston, Massachusetts 02199
(617) 342-4000

Dated: March 3, 2005