## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

VICTORIA C. PATTISON,

      Plaintiff,

v.

THE HERTZ CORPORATION WELFARE
PLAN & METROPOLITAN LIFE
INSURANCE COMPANY,

      Defendants.

Civil Action No.: 04-11408DPW

## PLAINTIFF=S MOTION FOR
## LIMITED PRE-TRIAL DISCOVERY AND TO
## CLARIFY THE PARAMETERS OF THE JUDICIAL RECORD

### INTRODUCTION

Pursuant to Fed.R.Civ.P. 7(b), and the parties= Joint Statement of Proposed Pre-Trial Schedule, the Plaintiff, Victoria C. Pattison, files this Motion for Limited Pre-Trial Discovery and to Clarify the Parameters of the Judicial Record.  The purpose of this Motion is to discover:

1.    Metropolitan Life Insurance Company's ("MetLife") internal guidelines and training materials (collectively referred to "Internal Guidelines") regarding the interpretation and application of  The Hertz Corporation Welfare Benefit Plan ("Plan"), Summary Plan Description ("SPD") and Policy at issue, as they should have been disclosed during the appeals process and are necessarily part of the record before the Court; and

2.    Whether MetLife's decision to terminate Ms. Pattison's benefits was tainted by a conflict of interest as it relates to its reviewing physicians.

Wherefore, the Plaintiff respectfully requests that this Motion be granted.

Dated: March 14, 2005                    Respectfully submitted,


                                         /s/ Mala M. Rafik
                                         S. Stephen Rosenfeld (BBO No. 428940)
                                         Mala M. Rafik (BBO No. 638075)
                                         ROSENFELD & RAFIK, P.C.
                                         44 School Street, Suite 410
                                         Boston, MA 02108
                                         (617) 723-7470

                                         **ATTORNEYS FOR THE PLAINTIFF**


                           **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that, on this 14th day of March, 2005, one copy of the
above document was delivered via electronic mail, to counsel for the Defendants.


                                         /s/ Mala M. Rafik
                                         Mala M. Rafik, Esq.