# EXHIBIT F

**Cases Involving Network Medical Review**

(1)   *Adamson v. Metropolitan Life Ins. Co.*, 2001 WL 111227 (D.Md. 2001)

(2)   *Aloisi v. Lockheed Martin, Inc.*, 321 F.3d 551 (6th Cir. 2003)

(3)   *Austin v. Continental Cas. Co.*, 216 F.Sup2d 550 (W.D.N.C. 2002)

(4)   *Baker v. Abo*, 2003 WL 21639151 (D.Minn. 2003)

(5)   *Bishop v. Metropolitan Life Ins. Co.*, 2003 WL 21659439 (6th Cir. 2003)

(6)   *Bismark-Thurbush v. Metropolitan Life/Disability Ins. Co.*, 2004 WL 1093611 (N.D.Ill. 2004)

(7)   *Bolan v. Barnhart*, 212 F.Supp.2s 1248 (D.Kan. 2002)

(8)   *Brooks v. North American Philips Corp.*, 142 F.Supp.2d 407 (W.D.N.Y. 2001)

(9)   *Caraveo v. U.S. E.E.O.C.*, 2004 WL 608590 (2nd Cir. 2004)

(10)  *Chandler v. Raytheon Employees Disability Trust*, 53 F.Supp.2d 84 (D.Mass. 1999)

(11)  *Coday v. Metropolitan Life Ins. Co.*, 193 F.Supp.2d 1332 (D.Kan. 2002)

(12)  *Coffman v. Metropolitan Life Ins. Co.*, 218 F. Supp.2d 715 (S.D.W.Va. 2002)

(13)  *Coker v. Metropolitan Life Ins. Co.*, 281 F.3d 793 (8th Cir. 2002)

(14)  *Cook v. New York Times Co., Long-Term Disability Plan*, 2004 WL 203111 (S.D.N.Y. 2004)

(15)  *Darland v. Fortis Benefits Ins. Co.*, 317 F.3d 516 (6th Cir. 2003)

(16)  *Dew v. Metropolitan Life Ins. Co.*, 69 F.Supp.2d 898 (S.D.Tex. 1999)

(17)  *De Dios Cortse v. MetLife, Inc.*, 122 F.Supp.2d 121 (D.Puerto Rico 2000)

(18)  *Downey v. Aetna Life Ins. Co./U.S. Healthcare*, 2003 WL 21135710 (D.Mass. 2003)

(19)  *Dreiman v. PSI Energy, Inc.*, 2002 WL 31427445 (S.D.Ind. 2002)

(20)  *Dubuc v. Whitney Nat. Bank Plan*, 199 WL 4919 (E.D.La. 1999)

(21) *Durr v. Metropolitan Life Ins. Co.*, 15 F.Supp.2d 205 (D.Conn. 1998)

(22) *Dusablon v. Raytheon Corp.*, 1997 WL 683846 (D.Mass. 1997)

(23) *Dwyer v. Metroplitan Life Ins. Co.*, 2001 WL 94749 (4th Cir. 2001)

(24) *Eriksen v. Metropolitan Life Ins. Co.*, 39 F.Supp.3d 864 (E.D.Mich. 1999)

(25) *Etkin v. Merk & Co., Inc.*, 2001 WL 1346368 (E.D. Pa. 2001)

(26) *Hagberg v. Liberty Life Assur. Co. of Boston*, 321 F.Supp.2d (N.D. Fla. 2004)

(27) *Hill v. Metropolitan Life Ins. Co.*, 218 F.Supp.2d 128 (D. Puerto Rico 2002)

(28) *In re Campbell*, 116 F.Supp.2d 937 (M.D.Tenn. 2000)

(29) Ingram v. Martin Marietta Long Term Disability Income Plan for Salaried Employees, 244 F.3d 1109 (9th Cir. 2001)

(30) *Irvin v. Metropolitan Life Ins. Co.*, 1998 WL 401690 (E.D.Pa. 1998)

(31) *Ladd v. ITT Corp.*, 148 F.3d 753 (7th Cir. 1998)

(32) *Leahy v. Raytheon Co.*, 315 F.3d 11 (1sr Cir. 2002)

(33) *Mormile v. Metropolitan Life Ins. Co.*, 91 F.Supp.2d 492 (D.Conn. 2001)

(34) *Mueller v. CAN Group Life Assurance Co.*, 2004 WL 1161173 (N.D.Cal. 2004)

(35) *Nichols v. Verizon Communications, Inc.*, 2003 WL 22384772 (3rd Cir. 2003)

(36) *Payton v. C.I.R.*, 2001 WL 1922058 (U.S. Tax Ct. 2001)

(37) *Pete v. Metcalfe*, 8 F.3d 214 (5th Cir. 1993)

(38) *Piscottano v. Metropolitan Life Ins. Co.*, 118 F.Supp.2d 200 (D.Conn. 2000)

(39) *Pollini v. Raytheon Disability Employee Trust*, 54 F.Supp.2d 54 (D.Mass. 1999)

(40) *Pratlutsky v. Metropolitan Life Ins. Co.*, 316 F.Supp.2d 840 (D.Minn. 2004)

(41) *Rendulic v. Kaiser Aluminum & Chemical Corp.*, 166 F.Supp.2d 326 (W.D.Pa. 2001)

(42) *Scannell v. Metropolitan Life Ins. Co.,* 2003 U.S. Dist. LEXIS 20749 (Nov. 18, 2003)

(43) *Scardo v. Metropolitan Life Ins. Co.*, 2000 WL 33281679 (W.D. Va. 2000)

(44) *Sheehan v. Metropolitan Life Ins. Co.*, 2003 WL 22290230 (S.D.N.Y. 2003)

(45) *Smith v. Continental Cas. Co.*, 276 F.Supp.2d 447 (D.Md. 2003)

(46) *Stvartak v. Eastman Kodak Co.*, 945 F.Supp. 1532 (M.D.Fla. 1996)

(47) *Sullivan v. Raytheon Co.*, 262 F.3d 41 (1st Cir. 2001)

(48) *Tholke v. Unisys Corp.*, 2003 WL 21203349 (S.D.N.Y. 2003)

(49) *Tremain v. Bell Indus. Inc.*, 196 F.3d 970 (9th Cir. 1999)

(50) *Vartanian v. Metropolitan Life Ins. Co.*, 2002 WL 484852 (N.D.Ill. 2002)

(51) *Vaugh v. Metropolitan Life Ins. Co.*, 87 F.Supp.2d 421 (E.D.Pa. 2000)

(52) *Voight v. Metropolitan Life Ins. Co.*, 28 F.Supp.2d 569 (C.D.Cal. 1998)

(53) *Welch v. CoreStates Financial Corp.*, 1999 WL 387276 (E.D.Pa. 1999)

(54) *Willis v. ITT Educational Services, Inc.*, 254 F.Supp.2d 926 (S.D.Ohio 2003)