# EXHIBIT I

*ebm*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

2004 OCT 15  AM 10: 53

*KM*

| | | |
|---|---|---|
| THOMAS B. WRIGHT, | ) | |
| | ) | Civil Action No. 3:04-0327 |
| Plaintiff, | ) | Judge Haynes |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO BE ALLOWED ADDITIONAL LIMITED DISCOVERY

COMES NOW, Plaintiff Thomas B. Wright, pursuant to Fed. R.Civ. P. 26-36 and moves this Honorable Court to allow Plaintiff limited discovery in the above-styled and numbered cause. For the reasons stated in the attached memorandum of law, the Plaintiff hereby files this motion to be allowed to take additional limited discovery in this ERISA benefits case.

Attached to this motion and memorandum of law are three interrogatories that the Plaintiff respectfully requests that the Court order the Defendant to respond to.

Respectfully submitted,

ERIC BUCHANAN & ASSOCIATES, PLLC

BY: _____
Eric L. Buchanan (#018568)
R. Scott Wilson (#019661)
414 McCallie Avenue
Chattanooga TN 37402
423/634-2506
FAX: 423/634-2505

*Attorneys For Plaintiff*

ORDER

Based upon *Darland v. Fortis*, 317 F.3d 516, 527-28 (6th Cir. 2003) and *Ladd v. ITT Corp.*, 148 F.3d 753, 755 (7th Cir. 1998) and the evidence submitted by the Plaintiff, this motion is GRANTED to allow discovery on the relationship between the Defendant, Elite Physicians and NMR.

[signature] USDJ 12-6-04

This document was entered on the docket in compliance with Rule 58 and / or Rule 79 (a).
FRCP. on 8-6-04 by [initials]

17
13