# EXHIBIT L

SUBMDJ

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:03-cv-01529-BBM

| | |
|---|---|
| Hamall-Desai v. Fortis Benefits, et al | Date Filed: 05/29/2003 |
| Assigned to: Judge Beverly B. Martin | Jury Demand: None |
| Demand: $0 | Nature of Suit: 791 Labor: E.R.I.S.A. |
| Cause: 29:1132 E.R.I.S.A.-Employee Benefits | Jurisdiction: Federal Question |

**Plaintiff**

**Eileen Hamall-Desai**   represented by   **Pamela Ilene Atkins**
Galler & Atkins
1117 Perimeter Center West
Suite W405
Atlanta, GA 30338
770-399-2790
Fax: 770-399-2797
Email: patkins@galleratkins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Fortis Benefits Insurance Company**   represented by   **Alfred Lewis Evans, III**
*and*
Austin & Sparks
2974 Lookout Place
Suite 200
Atlanta, GA 30305-3272
404-869-0100
Email: aevans@austinsparks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather J. Holloway**
Rawle & Henderson, LLP
16th Floor
1339 Chestnut Street
Philadelphia, PA 19107
215-575-4264
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Thomas Sparks**
Austin & Sparks
2974 Lookout Place

Suite 200
Atlanta, GA 30305-3272
404-869-0100
Email: jsparks@austinsparks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Bachrach**
Rawle & Henderson
One South Penn Square
The Winder Building, 17th Floor
Philadelphia, PA 19107
215-575-4200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alumax Group Long Term Disability Insurance Plan**

**Movant**

**Dr. Robert C. Porter**

**Movant**

**Network Medical Review**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/29/2003 | 1 | COMPLAINT filed and summons(es) issued. Consent form to proceed before U.S. magistrate and pretrial instructions given to attorney; FILING FEE $ 150.00; RECEIPT # 506198. (kt) (Entered: 06/03/2003) |
| 06/19/2003 | 2 | Consent MOTION by plaintiff Eileen Hamall-Desai and defendant Fortis Benefits to extend time to 07/07/03 for defendant Fortis to respond to the [1-1] complaint. (to BBM) (aaq) (Entered: 06/20/2003) |
| 06/25/2003 |  | Added attorney for defendant Fortis Benefits : John Thomas Sparks. (pdw) (Entered: 06/25/2003) |
| 06/25/2003 | 3 | ENDORSED ORDER by Judge Beverly B. Martin GRANTING the [2-1] motion to extend time to 07/07/03 for defendant Fortis to respond to the [1-1] complaint. Answer due 7/7/03 for Fortis Benefits. (cc) (aaq) (Entered: 06/26/2003) |
| 07/02/2003 | 4 | ANSWER by defendant Fortis Benefits to complaint [1-1]. Discovery ends 11/29/03. (aaq) (Entered: 07/03/2003) |
| 07/16/2003 | 5 | Notice of filing State Courts' Marshal's Entry of Service (07/01/03) as to defendants by plaintiff. (aaq) (Entered: 07/17/2003) |
| 08/06/2003 | 6 | Application for the admission of Joshua Bachrach pro hac vice for |

| | | |
|---|---|---|
| | | defendant Fortis Benefits. (to BBM) (aaq) (Entered: 08/11/2003) |
| 08/15/2003 | 7 | ORDER by Judge Beverly B. Martin GRANTING [6-1] pro hac vice application of Joshua Bachrach (cc) (adg) (Entered: 08/18/2003) |
| 09/11/2003 | 8 | Joint MOTION for an extension of deadlines. (to BBM) (aaq) (Entered: 09/12/2003) |
| 09/12/2003 | | Proposed Consent Order extending deadlines. (to BBM) (aaq) (Entered: 09/15/2003) |
| 09/12/2003 | 9 | ANSWERS TO INITIAL DISCLOSURES by defendant Fortis Benefits. (aaq) (Entered: 09/15/2003) |
| 09/16/2003 | 10 | CONSENT ORDER by Judge Beverly B. Martin GRANTING the [8-1] joint motion for an extension of deadlines. The deadlines for filing the Joint Preliminary Statement and Discovery Schedule and the Certificate of Interested Persons and the Parties' Initial Disclosures is extended to 09/13/03. (cc) (aaq) (Entered: 09/17/2003) |
| 09/16/2003 | 11 | CONSENT ORDER by Judge Beverly B. Martin extending the deadlines for parties to file the Joint Preliminary Statement and Discovery Schedule and the Certificate of Interested Persons and the Parties' Initial Disclosures to 09/22/03. (cc) (aaq) (Entered: 09/17/2003) |
| 09/22/2003 | 12 | Joint Certificate of interested persons. (to BBM) (aaq) (Entered: 09/23/2003) |
| 09/22/2003 | 13 | Joint Preliminary Report and Discovery Schedule. (to BBM) (aaq) (Entered: 09/23/2003) |
| 09/25/2003 | 14 | ANSWERS TO INITIAL DISCLOSURES by plaintiff (aaq) (Entered: 09/26/2003) |
| 09/25/2003 | 15 | Uncontested MOTION by plaintiff to extend time to file Initial Disclosures. (to BBM) (aaq) (Entered: 09/26/2003) |
| 09/26/2003 | 16 | ENDORSED SCHEDULING ORDER by Judge Beverly B. Martin APPROVING the [13-1] preliminary statement and discovery schedule (except as modified herein). The parties shall file cross-motions regarding the standard of review and availability of discovery as well as composition of the administrative record WITHIN 60 DAYS of the date of this Order (rather than 90 days proposed by the parties.)(cc) (aaq) (Entered: 09/29/2003) |
| 10/02/2003 | 17 | Supplement by defendant Fortis Benefits to the [13-1] Joint Preliminary Statement and Discovery Schedule. (to BBM) (aaq) (Entered: 10/03/2003) |
| 10/02/2003 | 18 | CONSENT ORDER by Judge Beverly B. Martin GRANTING the [15-1] motion to extend time to 09/25/03 for plaintiff to file her Initial Disclosures. (cc) (aaq) (Entered: 10/03/2003) |
| 11/25/2003 | 19 | MOTION by defendant Fortis Benefits regarding the Standard of Review, the Scope of Discovery and the Composition of the Admistrative |

| | | |
|---|---|---|
| | | Record with Memorandum of Law in Support. (aaq) (Entered: 11/26/2003) |
| 11/25/2003 | 20 | MOTION by plaintiff (and uncontested by defendants) to extend time to file the Motion Regarding the Standard of Review pursuant to this court's [16-1] order with proposed order. (to BBM) (aaq) (Entered: 11/26/2003) |
| 12/05/2003 | 21 | MOTION by plaintiff for leave to file brief in excess of page limitation. (aaq) (Entered: 12/08/2003) |
| 12/05/2003 | 22 | Supplement to the Joint Preliminary Report and Discovery Schedule filed by plaintiff only. (to BBM ) (aaq) (Entered: 12/08/2003) |
| 12/05/2003 | 23 | MOTION by plaintiff concerning the standard of review, the scope of discovery and the composition of the administrative record with COS. (aaq) Modified on 12/08/2003 (Entered: 12/08/2003) |
| 12/15/2003 | | SUBMITTED to Judge Beverly B. Martin on the [19-1] motion regarding the Standard of Review, the Scope of Discovery and the Composition of the Admistrative Record (aaq) (Entered: 12/15/2003) |
| 12/17/2003 | 24 | RESPONSE by plaintiff in opposition to [19-1] motion regarding the Standard of Review, the Scope of Discovery and the Composition of the Admistrative Record. (jlm) (Entered: 12/17/2003) |
| 12/22/2003 | | SUBMITTED to Judge Beverly B. Martin on [19-1] motion regarding the Standard of Review, the Scope of Discovery and the Composition of the Admistrative Record (jlm) (Entered: 12/22/2003) |
| 12/22/2003 | 25 | RESPONSE by defendant Fortis Benefits to pla's [23-1] motion concerning the standard of review, the scope of discovery and the composition of the administrative record (jlm) (Entered: 12/23/2003) |
| 12/23/2003 | | SUBMITTED to Judge Beverly B. Martin on pla's [23-1] motion concerning the standard of review, the scope of discovery and the composition of the administrative record (jlm) (Entered: 12/23/2003) |
| 12/23/2003 | | Terminated submissions. (jlm) (Entered: 12/23/2003) |
| 01/09/2004 | | SUBMITTED to Judge Beverly B. Martin on the [21-1] motion for leave to file brief in excess of page limitation. (file in chambers) (aaq) (Entered: 01/09/2004) |
| 01/12/2004 | 26 | Response and Memorandum of Law by plaintiff in opposition to the motion to strike file within the defendant's [25-1] Response (aaq) (Entered: 01/14/2004) |
| 01/12/2004 | 27 | Reply brief in support of the [23-1] motion concerning the standard of review, the scope of discovery and the composition of the administrative record by plaintiff Eileen Hamall-Desai. (aaq) (Entered: 01/14/2004) |
| 01/26/2004 | 28 | Summons issued for defendant Alumax Group Long (aaq) (Entered: 01/27/2004) |
| 01/27/2004 | 29 | ORDER by Judge Beverly B. Martin DENYING the [19-1] motion |

| | | |
|---|---|---|
| | | regarding the Standard of Review, the Scope of Discovery and the Composition of the Admistrative Record by Fortis Benefits, DENYING the [21-1] motion for leave to file brief in excess of page limitation by Eileen Hamall-Desai and DISMISSING the [23-1] motion concerning the standard of review, the scope of discovery and the composition of the administrative record. Discovery is hereby extended until 90 days after the entry of this order on the docket of the court. Discovery ends 4/27/04. The parties are ADVISED that the court is not inclined to grant any further extensions of deadlines in this action. (cc) (aaq) (Entered: 01/28/2004) |
| 01/28/2004 | | Terminated submissions. (aaq) (Entered: 01/28/2004) |
| 03/26/2004 | 30 | Certificate of service (discovery requests) filed by plaintiff (aaq) (Entered: 03/27/2004) |
| 04/08/2004 | 31 | Certificate of service (admission requests) filed by plaintiff. (aaq) (Entered: 04/09/2004) |
| 04/26/2004 | 32 | Joint MOTION to extend time for discovery with proposed order. (to BBM) (aaq) (Entered: 04/27/2004) |
| 04/29/2004 | 33 | ORDER by Judge Beverly B. Martin DENYING the [32-1] joint motion to extend time for discovery. Discovery is now CLOSED. Failure by parties to comply with (the deadlines in this court's previous order) may result in this case being dismissed for want of prosecution. (cc) (aaq) Modified on 04/29/2004 (Entered: 04/29/2004) |
| 04/29/2004 | 34 | EMERGENCY TELE-CONFERENCE HELD before Judge Beverly B. Martin upon request of parties regarding dispute over plaintiff's desire to videotape deposition testimony. Defendant objects. Court DIRECTS counsel to reconvene deposition (by videotape) on 05/19/04. (aaq) (Entered: 04/30/2004) |
| 04/30/2004 | 35 | Certificates of service (3) (deposition subpoenas) filed by plaintiff. (aaq) (Entered: 05/03/2004) |
| 05/03/2004 | | Attorneys Evans and Sparks (Austin & Sparks) copy of the [33-1] order returned undeliverable. (aaq) (Entered: 05/05/2004) |
| 05/06/2004 | 36 | EMERGENCY MOTION by plaintiff requesting the court's direction and reconsideration and for hearing. (to BBM) (aaq) (Entered: 05/07/2004) |
| 05/06/2004 | 37 | REQUEST by plaintiff for clerk to enter default as to Alumax Group Long. (aaq) (Entered: 05/07/2004) |
| 05/06/2004 | | CLERK'S ENTRY OF DEFAULT as to defendant Alumax Group Long. (aaq) (Entered: 05/07/2004) |
| 05/06/2004 | 38 | Certificate of service (notice of oral examination) filed by plaintiff (aaq) (Entered: 05/07/2004) |
| 05/07/2004 | 39 | MOTION by plaintiff to compel (discovery) from defendant with Plaintiff's Notice of Submitting a FRCP 37 Good Faith Attempt to |

| | | |
|---|---|---|
| | | Confer. (aaq) (Entered: 05/10/2004) |
| 05/10/2004 | 40 | Notice of Clarification Regarding Plaintiffs' Emergency Motion filed by plaintiff. (to BBM) (aaq) (Entered: 05/12/2004) |
| 05/11/2004 | 41 | Response by defendant Fortis Benefits to the [37-1] motion for clerk to enter default as to Alumax Group Long. (aaq) (Entered: 05/12/2004) |
| 05/14/2004 | 42 | Notice of filing Administrative Record by defendant Fortis Benefits. (aaq) (Entered: 05/17/2004) |
| 05/14/2004 | 43 | Administrative Record filed by defendant Fortis Benefits. (aaq) (Entered: 05/17/2004) |
| 05/14/2004 | 44 | MOTION by defendant Fortis Benefits for summary judgment with proposed order, Memorandum of Law in Support and Statement of Undisputed Material Facts. (ntc to counsels) (aaq) (Entered: 05/17/2004) |
| 05/17/2004 | 45 | Response by defendant Fortis Benefits to the plaintiff's [39-1] motion to compel (discovery) from defendant (aaq) (Entered: 05/18/2004) |
| 05/17/2004 | 46 | MOTION by plaintiff for summary judgment with Statement of Undisputed Facts. (ntc to counsels) (aaq) (Entered: 05/18/2004) |
| 05/17/2004 | 47 | Notice of Filing Administrative Record by plaintiff. (aaq) (Entered: 05/18/2004) |
| 05/17/2004 | 48 | Administrative Record (Exhibits 1-3) filed by plaintiff. (aaq) (Entered: 05/18/2004) |
| 05/25/2004 | | SUBMITTED to Judge Beverly B. Martin on the [39-1] motion to compel (discovery) from defendant, [36-1] motion the court's direction and reconsideration and [36-2] motion hearing. (aaq) (Entered: 05/25/2004) |
| 05/27/2004 | 49 | Reply brief in support of the [37-1] motion for clerk to enter default as to Alumax Group Long by plaintiff. (aaq) (Entered: 05/28/2004) |
| 06/07/2004 | 51 | Supplement by plaintiff to the emergency [36-1] motion requesting the court's direction and reconsideration and [36-2] motion for hearing. (aaq) Modified on 06/08/2004 (Entered: 06/08/2004) |
| 06/07/2004 | 51 | MOTION by plaintiff to confer telephonically on 06/08/04 at 12:00 p.m., for leave to file a supplemental Motion for Summary Judgment, for leave to file Supplemental Response to Defendant Fortis' Motion for Summary Judgment, to be permitted to take depositions and renewed request for reconsideration of the court's [33-1] order. (aaq) (Entered: 06/08/2004) |
| 06/07/2004 | 50 | Response by plaintiff to defendant Fortis' [44-1] motion for summary judgment (aaq) (Entered: 06/08/2004) |
| 06/07/2004 | 52 | Brief by defendant Fortis Benefits in opposition to the plaintiff's [46-1] motion for summary judgment with Defendant Fortis' Response to the Statement of Undisputed Material Facts with proposed order. (aaq) (Entered: 06/08/2004) |

| Date | # | Description |
|---|---|---|
| 06/10/2004 | | SUBMITTED to Judge Beverly B. Martin on the [46-1] motion for summary judgment and [44-1] motion for summary judgment (file in chambers) (aaq) (Entered: 06/10/2004) |
| 06/24/2004 | 53 | REPLY by defendant Fortis Benefits to the plaintiff's response to the [44-1] motion for summary judgment (aaq) (Entered: 06/25/2004) |
| 06/24/2004 | 54 | Reply brief in support of the [46-1] motion for summary judgment by plaintiff. (aaq) (Entered: 06/25/2004) |
| 06/25/2004 | | SUBMITTED to Judge Beverly B. Martin on the [51-1] motion to confer telephonically on 06/08/04 at 12:00 p.m, [51-2] motion for leave to file a supplemental Motion for Summary Judgment, [51-3] motion for leave to file Supplemental Response to Defendant Fortis' Motion for Summary Judgment, [51-4] motion to be permitted to take depositions and [51-5] motion renewed request for reconsideration of the court's [33-1] order. (file in chambers) (aaq) (Entered: 06/25/2004) |
| 07/12/2004 | 55 | MOTION and memorandum for leave to file Sur-Reply by Eileen Hamall-Desai with (Attachments: # 1 Exhibit 1 and proposed order)(aaq) (Entered: 07/15/2004) |
| 07/20/2004 | 56 | RESPONSE in Opposition to plaintiffs' 55 MOTION for Leave to File Sur-Reply filed by Fortis Benefits Insurance Company. (aaq) (Entered: 07/22/2004) |
| 08/09/2004 | 57 | ORDER GRANTING plaintiff's 36 motion requesting the court's direction and reconsideration as follows: discovery is extended until 9/09/2004, each party may supplement its currently pending motion for summary judgment (doc. nos. 44 and 46) with a brief of no more than ten pages and must be filed on or before 9/30/2004, NO EXTENSIONS WILL BE GRANTED and no reply briefs will be permitted; DENYING AS MOOT plaintiff's 36 motion for hearing; DENYING plaintiff's 39 motion to compel; DENYING AS MOOT plaintiff's 51 supplement to emergency motion and request for hearing, application to Judge to confer telephonicaly (sic), request to be permitted to file a supplemental motion for summary judgment, request to be permitted to file a supplemental response to defendant's Fortis (sic) motion for summary judgment, request to be permitted to take depositions and renewal of plaintiff's request for reconsideration; DENYING plaintiff's 55 motion for leave to file a surreply. Signed by Judge Beverly B. Martin on 08/09/2004. (pdw) (Entered: 08/09/2004) |
| 08/18/2004 | 58 | NOTICE to Take Deposition of Nick A. Defilippis, Ph.D. filed by Eileen Hamall-Desai (Atkins, Pamela) (Entered: 08/18/2004) |
| 08/18/2004 | 59 | NOTICE to Take Deposition of Steven L. Hendler, MD filed by Eileen Hamall-Desai (Atkins, Pamela) (Entered: 08/18/2004) |
| 08/18/2004 | 60 | NOTICE to Take Deposition of Carolyn Jackson, MD filed by Eileen Hamall-Desai (Atkins, Pamela) (Entered: 08/18/2004) |
| 08/18/2004 | 61 | NOTICE to Take Deposition of Ronald Rickmers filed by Eileen Hamall- |

| | | |
|---|---|---|
| | | Desai (Atkins, Pamela) (Entered: 08/18/2004) |
| 08/18/2004 | 62 | NOTICE to Take Deposition of Mike Jones, Ph.d filed by Eileen Hamall-Desai (Atkins, Pamela) (Entered: 08/18/2004) |
| 08/18/2004 | 63 | CERTIFICATE OF SERVICE by Eileen Hamall-Desai re 58 Notice to Take Deposition, 59 Notice to Take Deposition, 60 Notice to Take Deposition, 61 Notice to Take Deposition, 62 Notice to Take Deposition *Rickmers, Hendler, DeFilippis, Jones and Jackson* (Atkins, Pamela) (Entered: 08/18/2004) |
| 08/30/2004 | 64 | NOTICE to Take Deposition of Robert C. Porter, MD filed by Eileen Hamall-Desai (Atkins, Pamela) (Entered: 08/30/2004) |
| 08/31/2004 | 65 | CERTIFICATE OF SERVICE by Eileen Hamall-Desai *Subpoena and Notice of Deposition for Steven Hendler, MD* (Atkins, Pamela) (Entered: 08/31/2004) |
| 09/01/2004 | 66 | CERTIFICATE OF SERVICE by Eileen Hamall-Desai *Subpoena Duces Tecum to College Rehab Medicine* (Atkins, Pamela) (Entered: 09/01/2004) |
| 09/01/2004 | 67 | CERTIFICATE OF SERVICE by Eileen Hamall-Desai *Subpoena Duces Tecum to Network Medical Review* (Atkins, Pamela) (Entered: 09/01/2004) |
| 09/20/2004 | 68 | RESPONSE in Support filed by Eileen Hamall-Desai re 46 Motion for Summary Judgment. (Atkins, Pamela) (Entered: 09/20/2004) |
| 09/20/2004 | 69 | MOTION to file certain documents under seal filed by Eileen Hamall-Desai. (Attachments: # 1 Text of Proposed Order)(aaq) (Entered: 09/21/2004) |
| 09/20/2004 | 70 | SUPPLEMENT in Support filed by Eileen Hamall-Desai to the 46 Motion for Summary Judgment with (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8)(aaq) (Entered: 09/21/2004) |
| 09/20/2004 | 71 | APPENDIX filed by Eileen Hamall-Desai in support of the 70 Supplement to the 46 Motion for Summary Judgment. (aaq) (***FILED UNDER SEAL***) (Entered: 09/21/2004) |
| 09/20/2004 | 72 | MOTION to treat as confidential and protected the deposition of Robert C. Porter, MD owner of Network Medical Review and the documents produced by Dr. Porter and Network Medical Review filed by Eileen Hamall-Desai, Network Medical Review and Robert C. Porter. (aaq) (***FILED UNDER SEAL***) (Entered: 09/21/2004) |
| 09/28/2004 | 73 | RESPONSE to plaintiff's 70 Response in Support of Motion for Summary Judgment filed by Fortis Benefits Insurance Company. (aaq) (Entered: 10/05/2004) |
| 10/06/2004 | 75 | APPLICATION for the Admission of Heather J. Holloway Pro Hac Vicefor Fortis Benefits Insurance Company.Filing Fee received $150.00, |

| | | |
|---|---|---|
| | | Receipt #528111. (Attachments: # 1 Text of Proposed Order)(aaq) (TO BBM) (Entered: 10/15/2004) |
| 10/12/2004 | | Submission of the [72] MOTION to treat as confidential and protected the deposition of Robert C. Porter, MD owner of Network Medical Review and the documents produced by Dr. Porter and Network Medical Review and 69 MOTION to Seal to District Judge Beverly B. Martin. (aaq) (FILE IN CHAMBERS) (Entered: 10/12/2004) |
| 10/13/2004 | 74 | MOTION for Leave to File *Reply Brief* by Eileen Hamall-Desai. (Atkins, Pamela) (Entered: 10/13/2004) |
| 10/15/2004 | 76 | MOTION (filed by Brian P. Reese) to Withdraw as Attorney for Robert C. Porter. (aaq) (Entered: 10/19/2004) |
| 10/19/2004 | 77 | RESPONSE in Opposition to the 74 MOTION for Leave to File Reply Brief filed by Fortis Benefits Insurance Company. (aaq) (Entered: 10/22/2004) |
| 10/20/2004 | 78 | ORDER granting the 75 Application for Admission Pro Hac Vice of Heather J. Holloway signed by Judge Beverly B. Martin on 10/20/04. (aaq) (Entered: 10/22/2004) |
| 11/08/2004 | | Submission of the 76 MOTION to Withdraw as Attorney and 74 MOTION for Leave to File Reply Brief to District Judge Beverly B. Martin. (aaq) (FILE IN CHAMBERS) (Entered: 11/08/2004) |
| 12/03/2004 | 79 | ORDER: Plaintiff is hereby DIRECTED to file any depositions which have been taken in this case but not filed with the court by 12:00 noon on Monday, December 6, 2004. If any deposition is not filed by this deadline, the court will assume that the plaintiff does not wish for the court to consider it. Plaintiff is further DIRECTED to deliver the deposition of Dr. Robert C. Porter to chambers by the above-referenced deadline in order that the court can make a determination as to whether it should be filed under seal. Signed by Judge Beverly B. Martin on 12/03/2004. (pdw) (Entered: 12/03/2004) |
| 12/06/2004 | 80 | CERTIFICATE OF SERVICE by Eileen Hamall-Desai re 79 Order,, *Plaintiff's Response to the Court's Order* (Atkins, Pamela) (Entered: 12/06/2004) |
| 12/17/2004 | 81 | ORDER denying defendant's 44 Motion for Summary Judgment, granting plaintiff's 46 Motion for Summary Judgment, denying plaintiff's 69 Motion to Seal, denying joint [72] Motion to Treat as Confidential, denying plaintiff's 74 Motion for Leave to File Reply Brief, granting Reese & Reese's 76 Motion to Withdraw as Attorney. Fortis is ORDERED to pay Desai disability benefits due in the amount of $115,120.76 plus interest. If a party disputes the amount of benefits owed, the court will consider briefs on the issue. The briefs shall not exceed ten pages and shall be filed within ten days of the date of this Order. Fortis is further ORDERED to pay $6,100.00 in fines for its failure to disclose. The court is unable to enter judgment without evidence from Desai as to what other benefits are due from Fortis under |

| | | |
|---|---|---|
| | | additional employee benefit plans. Desai is ORDERED to file a document delineating benefits due under such plans within twenty days of the date of this Order. Fortis may respond within the twenty days following the filing of Desai's submission. Each document filed shall not exceed ten pages. The court will consider the award of attorney's fees to Desai separately. Desai is ORDERED to file a motion for attorney's fees within twenty days of the date of this Order. Fortis is ORDERED to file a response to Desai's motion within the twenty days after Desai's motion is filed. The briefs on the issue of attorney's fees, which should be concise and sufficiently detailed, are not to exceed fifteen pages. Signed by Judge Beverly B. Martin on 12/07/2004. (pdw) (Entered: 12/17/2004) |
| 01/04/2005 | 82 | MOTION Plaintiff's Motion and Memo Concerning the Court's Damages Award to Plaintiff with Brief In Support by Eileen Hamall-Desai. (Attachments: # 1 Exhibit Exhibits 1,2,3,4A and 4B)(Atkins, Pamela) (Entered: 01/04/2005) |
| 01/06/2005 | 83 | MOTION to Seal Document, by Eileen Hamall-Desai, with proposed Plaintiff's Support for the Courts' Judgement. (Proposed Support document to be filed under seal.) (kt) (Entered: 01/10/2005) |
| 01/06/2005 | 84 | MOTION for Attorney Fees against Fortis, with Brief In Support, by Eileen Hamall-Desai. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(kt) (Entered: 01/10/2005) |
| 01/06/2005 | 85 | CERTIFICATE OF SERVICE by Eileen Hamall-Desai re: 83 MOTION to Seal Document. (kt) (Entered: 01/10/2005) |
| 01/06/2005 | 86 | CERTIFICATE OF SERVICE by Eileen Hamall-Desai re 84 MOTION for Attorney Fees. (kt) Modified on 1/10/2005 to correct file date. (kt). (Entered: 01/10/2005) |
| 01/07/2005 | 87 | CERTIFICATE OF SERVICE by Eileen Hamall-Desai re 83 MOTION to Seal Document (dr) (Entered: 01/10/2005) |
| 01/14/2005 | 88 | RESPONSE to the plaintiff's 82 Motion and Memo Concerning the Court's Damages Award to Plaintiff filed by Fortis Benefits Insurance Company. (aaq) (Entered: 01/19/2005) |
| 01/14/2005 | 89 | RESPONSE to plaintiff's Claim for Benefits and Damages Under Other Benefit Plans (filed within the 83 MOTION to Seal Document) filed by Fortis Benefits Insurance Company. (aaq) (Entered: 01/19/2005) |
| 01/19/2005 | | Submission of the 82 Motion and Memo Concerning the Court's Damages Award to Plaintiff and 83 MOTION to Seal Document to District Judge Beverly B. Martin. (aaq) (FILE IN CHAMBERS) (Entered: 01/19/2005) |
| 01/19/2005 | 90 | RESPONSE re 88 Response to Motion *by Fortis Requesting the Court to Reject As Not Timely Filed Plaintiff's Motion Concerning the Court's Damages Award to Plaintiff* filed by Eileen Hamall-Desai. (Atkins, |

|  |  |  |
|---|---|---|
|  |  | Pamela) (Entered: 01/19/2005) |
| 01/19/2005 | 91 | MEMORANDUM in Opposition to plaintiff's 84 MOTION for Attorney Fees filed by Fortis Benefits Insurance Company. (aaq) (Entered: 01/21/2005) |
| 01/21/2005 |  | Submission of the 84 MOTION for Attorney Fees to District Judge Beverly B. Martin. (aaq) (FILE IN CHAMBERS) (Entered: 01/21/2005) |
| 01/24/2005 | 92 | MOTION for Leave to File Plaintiff's Reply in Support of Plaintiff's Support for the Court's Judgment on Her Claim for Interference with Other Benefits and Plaintiff's Reply in Support of Plaintiff's Motion for Attorneys' Fees Against Fortisby Eileen Hamall-Desai. (Atkins, Pamela) (Entered: 01/24/2005) |
| 01/24/2005 | 93 | RESPONSE in Support re 84 MOTION for Attorney Fees *Plaintiff's Motion and Memorandum to Strike Fortis Benefits Ins. Co.'s Response to Plaintiff's Memorandum of Law Concerning the Court's Damages Award to Plaintiff - Alternatively - Plaintiff's Reply in Support of Plaintiff's Memorandum Concerning the Court's Damages Award to Plaintiff* filed by Eileen Hamall-Desai. (Atkins, Pamela) (Entered: 01/24/2005) |
| 02/22/2005 |  | Submission of the 92 MOTION for Leave to File Plaintiff's Reply in Support of Plaintiff's Support for the Court's Judgment on Her Claim for Interference with Other Benefits and Plaintiff's Reply in Support of Plaintiff's Motion for Attorneys' to District Judge Beverly B. Martin. (aaq) (FILE IN CHAMBERS) (Entered: 02/22/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/14/2005 11:59:05 | | | |
| PACER Login: | rr0902 | Client Code: |  |
| Description: | Docket Report | Search Criteria: | 1:03-cv-01529-BBM |
| Billable Pages: | 7 | Cost: | 0.56 |