# EXHIBIT M

Docket as of March 10, 2005 8:59 pm                              Web PACER (v2.4)

---

# U.S. District Court

## MIDDLE DISTRICT OF TENNESSEE (Nashville)

### CIVIL DOCKET FOR CASE #: 04-CV-544

Blessing v. Metropolitan Life, et al

Filed: 06/21/04
Assigned to: Judge Todd J. Campbell
Referred to: Magistrate Judge E. Clifton Knowles
Demand: $0,000
Nature of Suit: 791
Lead Docket: None
Jurisdiction: Federal Question
Cause: 29:1132 E.R.I.S.A.-Employee Benefits

---

```
SUSAN C. BLESSING              Peter T. Skeie
     pltf                      [COR LD NTC]
                               P O Box 198288
                               211 Third Avenue, N
                               Nashville, TN 37219
                               (615) 313-9111

   v.

METROPOLITAN LIFE INSURANCE    Joel T. Galanter
COMPANY                        [COR LD NTC]
     deft                      Stokes, Bartholomew, Evans &
                               Petree
                               Third National Financial Center
                               424 Church Street
                               Suite 2800
                               Nashville, TN 37219-0058
                               (615) 259-1450

DELOITTE & TOUCHE              Joel T. Galanter
     deft                      (See above)
                               [COR LD NTC]
```

---

## DOCKET   PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 6/21/04 | 1 | COMPLAINT (Summons(es) issued) Filing fee paid in the amount of: $150.00; Receipt # 99419. (dlt) [Entry date 06/24/04] |
| 6/21/04 | 2 | NOTICE of Initial Case Management Conference: Case referred to Magistrate Judge E. C. Knowles; Case Management Conference set for 11:00 a.m. on 8/16/04. (dlt) [Entry date 06/24/04] |
| 6/29/04 | 3 | ORDER by Judge Todd J. Campbell: This case is referred to the Magistrate Judge for customized case management. (cc: all counsel) (EOD 6/29/04) (jb) |
| 7/1/04 | 4 | ORDER by Magistrate Judge Joe B. Brown: Case Management Conference reset for 10:30 a.m. on 8/26/04. EOD 7/1/04 (cc: all counsel) (dlt) |
| 7/7/04 | 5 | ORDER by Magistrate Judge Joe B. Brown: The previous order entered by the Magistrate Judge resetting the ICMC for 8/26/04 [4-1] [4-2] is vacated. Case Management Conference will be held before Judge Knowles on 8/16/04 at 11:00 a.m., as previously scheduled in DE# 2. EOD 7/7/04 (cc: all counsel) (dlt) |
| 7/14/04 | 6 | ATTORNEY APPEARANCE for defts Metropolitan Life and Deloitte & Touche by Joel T. Galanter (km) [Entry date 07/15/04] |
| 7/14/04 | -- | PROPOSED Agreed Order extending time until 8/9/04 to answer (km) [Entry date 07/15/04] |
| 7/16/04 | 7 | AGREED ORDER by Magistrate Judge E. C. Knowles extending time until 8/9/04 for defts to file an answer or responsive pleading [1-1] (cc: all counsel) (EOD 7/19/04) (jb) [Entry date 07/19/04] |
| 8/9/04 | 8 | ANSWER by defts to [1-1] (gi) [Entry date 08/10/04] |
| 8/11/04 | 9 | RETURN OF SERVICE executed upon deft Metropolitan Life on 6/29/04 by certified mail (jb) [Entry date 08/12/04] |
| 8/11/04 | -- | PROPOSED Case Management Order (jb) [Entry date 08/12/04] [Edit date 08/12/04] |
| 8/11/04 | 10 | RETURN OF SERVICE executed upon deft Deloitte & Touche on 6/28/04 by certified mail (jb) [Entry date 08/12/04] |
| 8/16/04 | 11 | CLERK'S RESUME: Case Management Conference held 8/16/04; Proposed case management order submitted; deft to file administrative record by 10/31/04; if pltf seeks discovery, to file motion for discovery by 12/15/04; in the alternative, motion for remand and/or for judgment to be |

|  |  |  |
|---|---|---|
|  |  | filed by 12/15/04; ERISA action- no trial date necessary. Order to enter. C/R: Tape No. 2004-55MK (km) [Entry date 08/19/04] |
| 8/19/04 | 12 | CASE MANAGEMENT ORDER by Magistrate Judge E. C. Knowles: Deft shall serve the Administrative Record upon Blessing's counsel and file it with this Court on or before 10/31/04. If pltf does not file a motion for discovery then pltf's motion to remand based on allegations that defts' administrative records are incomplete or motion for a trial to determine disputed facts necessary to obtain an order of remand shall be filed by 12/15/04, with defts' response to be filed by 1/15/05. If no such motions are filed, pltf shall file a motion for judgment on the administrative record by 12/15/04; response by 1/15/05 and reply by 2/1/05. (EOD 8/19/04) (cc: all counsel) (km) |
| 8/23/04 | 13 | ORDER by Judge Todd J. Campbell ;pretrial order ddl 10/17/05 ;pretrial conference set 1:00 10/24/05 ; Trial set for 9:00 11/1/05. By 10/17/05, parties shall also submit witness lists, exhibit lists, any stipulations; by 10/10/05, the parties shall file any motions in limine and any motions objecting to expert testimony, responses by 10/17/05. (cc: all counsel) EOD 8/24/04 (hv) [Entry date 08/24/04] [Edit date 03/04/05] |
| 10/29/04 | -- | PROPOSED Agreed Order extending time until 11/8/04 for deft Metropolitan Life to file and serve the administrative record in this matter (km) |
| 11/8/04 | 14 | NOTICE by deft Metropolitan Life of filing of a copy of the declaration of Laura Sullivan, which is att'd hereto as well as a full & complete copy of the Administrative Record. (w/ attachments) (dlt) [Entry date 11/09/04] |
| 11/9/04 | 15 | AGREED ORDER by Magistrate Judge E. C. Knowles: Deft, Metropolitan Life Insurance Company shall have until 11/8/04, in which to file & serve the Administrative Record in this matter. EOD 11/10/04 (cc: all counsel) (dlt) [Entry date 11/10/04] |
| 11/10/04 | 16 | NOTICE by deft Metropolitan Life of filing original declaration of Laura Sullivan. (w/ att'd declaration) (dlt) |
| 11/10/04 | 17 | DECLARATION OF LAURA SULLIVAN by deft Metropolitan Life (dlt) |
| 1/4/05 | 18 | MOTION by pltf Susan C. Blessing for extension of time to file any dispositive mtns or discovery related mtns. (dlt) [Entry date 01/05/05] |
| 1/7/05 | 19 | ORDER by Magistrate Judge E. C. Knowles granting motion for extension of time to file any dispositive mtns or discovery related mtns [18-1]. Dispositive Motion & discovery related mtns filing ddl is set for 1/10/05. EOD 1/7/05 (cc: all counsel) (dlt) |
| 1/10/05 | 20 | MOTION by pltf to remand (w/attachments) (jb) [Entry date 01/11/05] |
| 1/10/05 | 21 | MOTION by pltf to conduct discovery (jb) |

```
                             [Entry date 01/11/05]

1/10/05   22     STATEMENT of undisputed material facts by pltf in support
                 of motion to remand [20-1] and motion to conduct discovery
                 [21-1] (jb) [Entry date 01/11/05]

1/10/05   23     MOTION by pltf to continue her deadline for a motion for a
                 judgment on the Administrative Record pending the
                 determination of her motion to remand and her motion to
                 conduct discovery (jb) [Entry date 01/11/05]

1/28/05   24     RESPONSE by deft Metropolitan Life to motion to continue
                 her deadline for a motion for a judgment on the
                 Administrative Record pending the determination of her
                 motion to remand and her motion to conduct discovery [23-1]
                 (dlt) [Entry date 01/31/05]

1/28/05   25     RESPONSE (OPPOSITION) by deft Metropolitan Life to motion
                 to conduct discovery [21-1]. (w/ att'd exhibit A) (dlt)
                 [Entry date 01/31/05]

1/28/05   26     RESPONSE (OPPOSITION) by deft Metropolitan Life to motion
                 to remand [20-1]. (w/ att'd exhibit A) (dlt)
                 [Entry date 01/31/05]

2/7/05    27     MOTION by pltf Susan C. Blessing for leave to file a reply
                 to mtn to remand and mtn to conduct discovery. (w/ att'd
                 proposed reply) (dlt) [Entry date 02/08/05]

2/8/05    28     ORDER by Judge Todd J. Campbell GRANTING motion for leave
                 to file a reply to mtn to remand and mtn to conduct
                 discovery [27-1] (cc: all counsel) EOD 2/8/05 (hv)

2/8/05    29     REPLY by pltf Susan C. Blessing to response to motion to
                 conduct discovery [21-1], motion to remand [20-1] (hv)

2/18/05   30     MOTION by deft Metropolitan Life for leave to file
                 surreply in opposition to pltf's mtns for remand and
                 discovery. (w/ att'd proposed surreply) (dlt)
                 [Entry date 02/22/05]

2/23/05   31     ORDER by Judge Todd J. Campbell: Deft Metlife's motion for
                 leave to file surreply in opposition to pltf's mtns for
                 remand discovery [30-1] is granted. Clerk is directed to
                 file deft Metlife's Surreply in opposition to pltf's mtn
                 for remand and discovery. EOD 2/23/05 (cc: all counsel) (dlt)

2/23/05   32     SURREPLY IN OPPOSITION by deft Metropolitan Life to
                 response to motions to remand [20-1] and to conduct
                 discovery [21-1]. (dlt)

3/7/05    33     MEMORANDUM OF THE COURT (cc: all counsel)(EOD 3/7/05) (dlt)

3/7/05    34     ORDER by Judge Todd J. Campbell: For the reasons stated in
                 the accompanying Memorandum, pltf's motion to remand [20-1]
                 is denied, pltf's motion to conduct discovery [21-1] is
                 granted on the terms and conditions set for in the Court's
                 Memorandum, & pltf's motion to continue her deadline for a
                 motion for a judgment on the Administrative Record pending
                 the determination of her motion to remand and her motion to
```

```
conduct discovery [23-1] is granted. Case referred to
Magistrate E. C. Knowles to determine what limited
discovery is appropriate, given the Court's Order. EOD
3/7/05 (cc: all counsel) (dlt)
```

Case Flags:
REFER
CM50BD

END OF DOCKET: 3:04cv544

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/14/2005 11:23:16 | | | |
| PACER Login: | rr0902 | Client Code: | |
| Description: | docket report | Search Criteria: | 3:04cv00544 |
| Billable Pages: | 5 | Cost: | 0.35 |