# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KATHRYN EWING,                          :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :    CIVIL ACTION 03-0171-MJ-M
                                        :
B. F. GOODRICH AEROSPACE                :
AEROSTRUCTURES GROUP, PLAN              :
ADMINISTRATOR, and                      :
METROPOLITAN LIFE INSURANCE             :
COMPANY,                                :
                                        :
    Defendants.                         :

ORDER

The Court heard from counsel on December 19, 2003, on Plaintiff's Motion to Compel (Docs. 12-14) and Defendants' Response (Doc. 16). After consideration of the relevant pleadings and the arguments of counsel, Plaintiff's Motion to Compel was **GRANTED** as more fully set out and explained at the hearing. Specifically, the Court found that Plaintiff is entitled to take the depositions of non-parties Healy and Hopkins. By the time of the hearing, Defendants had voluntarily provided much of the requested discovery set out in the Motion to Compel.

The Court further found that the scope of discovery is not nearly as narrow as desired by Defendants and that the

areas of inquiry set out in Plaintiff's Motion to Compel are reasonable and warranted in this action.

The Court discussed with counsel the potential requirement for written consent at some time in the future in this action. The Court also discussed settlement. The parties are continuing to discuss settlement among themselves subsequent to the mediation held on December 11, 2003, by Benjamin Rowe.

DONE this 22nd day of December, 2003.

                                                 s/BERT W. MILLING, JR.
                                                 UNITED STATES MAGISTRATE JUDGE