UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
VICTORIA C. PATTISON,               )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   C.A. No. 04-11408-DPW
                                    )
THE HERTZ CORPORATION WELFARE       )
PLAN & METROPOLITAN LIFE            )
INSURANCE COMPANY,                  )
                                    )
    Defendants.                     )
_____)

## NOTICE OF FILING

    Metropolitan Life Insurance Company ("MetLife"), hereby provides notice that it has filed with the Court a paper copy of three volumes of documents entitled "Administrative Record For Judicial Review." The documents have been redacted to exclude personal data identifiers.

        Respectfully submitted,

        Metropolitan Life Insurance Company,
        By its attorneys,


        /s/Constance M. McGrane
        James F. Kavanaugh, Jr. BBO #262360
        Constance M. McGrane BBO #546745
        Conn Kavanaugh Rosenthal Peisch & Ford, LLP
        Ten Post Office Square
        Boston, MA 02109
        617-482-8200

DATED: March 28, 2005
223188.1