UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTORIA C. PATTISON,<br><br>    Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION WELFARE PLAN, THE HERTZ CORPORATION, AND METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendants. | Civil Action No.: 04-11408DPW |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A**
**REPLY BRIEF IN RESPONSE TO DEFENDANT'S OPPOSITION**

Pursuant to Local Rule 7.1(B)(3), the Plaintiff seeks leave to submit a reply brief in response to the Defendant's Opposition to Plaintiff's Motion for Limited Pre-Trial Discovery and to Clarify the Parameters of the Administrative Record ("Opposition"). As grounds for this Motion, the Plaintiff states:

(1) The interests of justice require that the Plaintiff be permitted to respond to arguments brought into focus by the Defendant for the first time in its Opposition;

(2) The Plaintiff=s Reply Memorandum does not repeat issues argued in her Memorandum in Support of her Motion for Limited Pre-Trial Discovery and to Clarify the Parameters of the Administrative Record, but rather articulates new arguments in opposition to the Defendant=s brief;

(3)    The Plaintiff's Reply Memorandum attempts to clarify two inaccuracies contained in the Defendant's Opposition; and

(4)    The Defendant will not be prejudiced if this Motion is granted.

WHEREFORE, the Plaintiff requests that this motion be granted.

Date:  April 7, 2005

Respectfully submitted,

VICTORIA C. PATTISON

By her attorney,

/s/ Mala M. Rafik
Mala M. Rafik
BBO No. 638075
Rosenfeld & Rafik, P.C.
44 School Street, Suite 410
Boston, MA  02108
(617) 723-7470

### RULE 7.1(2) CERTIFICATION

The Plaintiff certifies that she has conferred with Defendants' counsel regarding the filing of this Motion and accompanying Memorandum, and that Defendant's counsel opposes the filing of the Motion.

/s/ Mala M. Rafik
Mala M. Rafik

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 7th day of April, 2005, one copy of the above document was delivered via electronic mail, to counsel for the Defendants.

/s/ Mala M. Rafik
Mala M. Rafik, Esq.