# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE M. COLEMAN, M.D., <br>     Plaintiff, <br><br> v. <br><br> THE PRUDENTIAL INSURANCE <br> COMPANY OF AMERICA and ASTRA <br> PHARMACEUTICAL PRODUCTS, INC. <br> GROUP LONG TERM DISABILITY PLAN, <br> a/k/a ASTRAZENECA PHARMACEUTICAL, <br> LP GROUP LONG TERM DISABILITY <br> PLAN, <br>     Defendants. | Civil Action No. 03-10249-JLT |

ORDER

July 1, 2003

TAURO, J.,

The court hereby orders that:

1. As <u>Liston v. Unum Corp. Officer Severance Plan</u>, 330 F.3d 19 (1st Cir. 2003), contemplates focused discovery in a ERISA action to construct a meaningful record, this court will allow discovery to proceed in this case;

2. Plaintiff may depose Gail Brown, Robert Pick, Mark Kaplan, and Michelle Ignotis;

3. Defendant may depose Plaintiff, Joel Kaufman, Ammon Wachman, and Joanne Boer-Stein;

4. No further discovery without leave of court;

5. All discovery shall be completed by September 31, 2003; and

6. The parties shall appear for a Further Conference on October 20, 2003 at 10:00 AM.

IT IS SO ORDERED.

/s/ Joseph L. Tauro

United States District Judge