UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTORIA C. PATTISON,          )<br>                              )<br>    Plaintiff,                  )<br>                              )<br>v.                            )<br>                              )<br>THE HERTZ CORPORATION WELFARE )<br>PLAN & METROPOLITAN LIFE      )<br>INSURANCE COMPANY,            )<br>                              )<br>    Defendants.               )<br>_____) | C.A. No. 04-11408-DPW |

## JOINT MOTION FOR REVISION OF THE SCHEDULING ORDER

Plaintiff, Victoria C. Pattison ("Pattison"), defendant, Metropolitan Life Insurance Company ("MetLife"), and The Hertz Corporation Welfare Plan ("the Plan") hereby move for revision of the Scheduling Order in this matter. As grounds for this motion, the parties state:

1. The parties are scheduled to go to mediation on May 26, 2005. The parties are optimistic that the claims will be resolved at the mediation.

2. The schedule in this matter requires all motions for summary judgment to be filed by April 25, 2005. In order to avoid the attorneys' fees and costs associated with preparation of motions for summary judgment, the parties request that the Scheduling Order be changed to allow the filing of motions for summary judgment thirty (30) days after the mediation date, or by June 27, 2005.

3. Presently pending before the Court is Plaintiff's Motion For Limited Pre-Trial Discovery and to Clarify the Parameters of the Judicial Record. In her motion, Pattison argues that limited pre-trial discovery should be permitted in this case,

      and that MetLife's discovery responses are necessarily part of the judicial record in this matter. MetLife has opposed this motion and argues that no expansion of the judicial record is required to resolve this dispute. Until this discovery dispute is resolved, and while the parameters of the judicial record remain uncertain, the motions for summary judgment will be based upon an uncertain record. Accordingly, it is appropriate to delay the filing of motions for summary judgment until after the Plaintiff's Motion For Limited Pre-Trial Discovery and to Clarify the Parameters of the Judicial Record has been decided.

4.      If the case is resolved at mediation, the Court's resources will not be required to decide future motions for summary judgment.

WHEREFORE, the parties jointly request that the Schedule in this matter be revised to permit the filing of summary judgment motions on or before June 27, 2005.

      Respectfully submitted,

      Metropolitan Life Insurance Company,
      By its attorneys,

      /s/Constance M. McGrane
      James F. Kavanaugh, Jr. BBO #262360
      Constance M. McGrane BBO #546745
      Conn Kavanaugh Rosenthal Peisch & Ford, LLP
      Ten Post Office Square
      Boston, MA 02109
      617-482-8200

        VICTORIA C. PATTISON
        By her attorney,

        /s/ Mala M. Rafik_____
        Mala M. Rafik (BBO No. 638075)
        ROSENFELD & RAFIK, P.C.
        44 School Street, Suite 410
        Boston, MA  02108
        (617) 723-7470

        THE HERTZ CORPORATION WELFARE PLAN,
        By its attorney,

        /s/ Daniel J. Blake_____
        Daniel J. Blake (BBO No. 552922)
        FOLEY & LARDNER, LLP
        111 Huntington Avenue
        26th Floor
        Boston, Massachusetts 02199
        (617) 342-4000

DATED: April 8, 2005
224211.1