UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
VICTORIA C. PATTISON,                 )
                                      )
      Plaintiff,                      )
                                      )
v.                                    )      C.A. No. 04-11408-DPW
                                      )
THE HERTZ CORPORATION WELFARE         )
PLAN & METROPOLITAN LIFE              )
INSURANCE COMPANY,                    )
                                      )
      Defendants.                     )
_____)

## STATUS REPORT ON MEDIATION

     Pursuant to this Court's order of April 15, 2005, the parties jointly submit the following report. We successfully reached a memorandum of understanding to resolve all claims in the action. Counsel are in the process of preparing and executing formal settlement documents, including release and stipulation of dismissal with prejudice of all claims.

                                                    Respectfully submitted,

                                                    Metropolitan Life Insurance Company,
By its attorneys,

/s/Constance M. McGrane
James F. Kavanaugh, Jr. BBO #262360
Constance M. McGrane BBO #546745
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

        VICTORIA C. PATTISON
        By her attorney,

        /s/ Mala M. Rafik_____
        Mala M. Rafik (BBO No. 638075)
        ROSENFELD & RAFIK, P.C.
        44 School Street, Suite 410
        Boston, MA  02108
        (617) 723-7470

        THE HERTZ CORPORATION WELFARE PLAN,
        By its attorney,

        /s/ Daniel J. Blake_____
        Daniel J. Blake (BBO No. 552922)
        FOLEY & LARDNER, LLP
        111 Huntington Avenue
        26th Floor
        Boston, Massachusetts 02199
        (617) 342-4000

DATED:  June 2, 2005

227801.1