UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VICTORIA C. PATTISON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04-11408-DPW |
| THE HERTZ CORPORATION WELFARE PLAN & METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION TO EXTEND SETTLEMENT ORDER OF DISMISSAL**

On June 9, 2005, at the request of the parties, the Court issued a Settlement Order of Dismissal ("Settlement Order") in the above-referenced action. This Settlement Order provided the parties thirty (30) days, or until July 9, 2005, to reopen the action if settlement is not consummated. The parties are jointly requesting a one-week extension of time to July 16, 2005, to complete the settlement papers. As grounds for this request, the parties indicate:

1. The parties have agreed upon the terms of the settlement agreement;

2. The parties have finalized the paperwork associated with the agreement and are waiting for one last signature to complete the agreement; and

3. The extension will not prejudice either party, but rather, would permit the parties to execute the agreement prior to dismissal of the action.

Wherefore, the parties respectfully request that this Motion be granted:

1

Respectfully submitted,

Metropolitan Life Insurance Company,
By its attorneys,

/s/Constance M. McGrane
James F. Kavanaugh, Jr. BBO #262360
Constance M. McGrane BBO #546745
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

VICTORIA C. PATTISON
By her attorney,

/s/ Mala M. Rafik
Mala M. Rafik (BBO No. 638075)
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 410
Boston, MA  02108
(617) 723-7470

THE HERTZ CORPORATION WELFARE PLAN,
By its attorney,

/s/ Daniel J. Blake
Daniel J. Blake (BBO No. 552922)
FOLEY & LARDNER, LLP
111 Huntington Avenue
26th Floor
Boston, Massachusetts 02199
(617) 342-4000

DATED: July 5, 2005