```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


                                      C.A. No. 04-11408-DPW


_____
                                    )
VICTORIA C. PATTISON,               )
                                    )
     Plaintiff,                     )
                                    )
v.                                  )
                                    )
THE HERTZ CORPORATION WELFARE       )
PLAN & METROPOLITAN LIFE            )
INSURANCE COMPANY,                  )
                                    )
     Defendants.                    )
_____ )
```

## STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST ALL DEFENDANTS

The parties to the above-captioned action, by their attorneys, hereby stipulate pursuant to Fed. R. Civ. P 41(a)(1)(ii) that all claims asserted in this action by the Plaintiff, Victoria C. Pattison, be dismissed, with prejudice, each party to bear its own costs and attorneys fees.

Respectfully submitted,

Metropolitan Life Insurance Company,
By its attorneys,


/s/Constance M. McGrane
James F. Kavanaugh, Jr. BBO#262360
Constance M. McGrane BBO#546745
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

VICTORIA C. PATTISON


By her attorney,

/s/Mala M. Rafik
Mala M. Rafik (BBO No. 638075)
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 410
Boston, MA  02108
(617) 723-7470

THE HERTZ CORPORATION WELFARE PLAN,
By its attorney,


/s/Daniel J. Blake
Daniel J. Blake (BBO No. 552922)
FOLEY & LARDNER, LLP
111 Huntington Avenue
26th Floor
Boston, Massachusetts 02199
(617) 342-4000


Dated:  July 12, 2005



230841.1